## Harold E. Baker et al., Trading as Baker Brothers, Appellants, v. Russell E. Palmer and Jessie Palmer, Appellees.

### Gen. No. 10,178.

opinion filed September 26, 1947; released for
publication October 20, 1947. Paul A. Cushman, for appellants;
James B. Young and Gregg A. Young, for appellees. Opinion by JUS-
TICE DOVE. Not to be published in full.